AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
JAN 19 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

ARTURO GALLEGOS CASTRELLON
_Petitioner_

v.

U.S Attorney General Mereck Garland
UNITED STATES OF AMERICA
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. **EP23CV0023**
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: ARTURO GALLEGOS CASTRELLOW
    (b) Other names you have used: N/A
2.  Place of confinement:
    (a) Name of institution: U.S.P Florence High
    (b) Address: PO BOX 7000

    (c) Your identification number: 86139-080
3.  Are you currently being held on orders by:
    ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: U.S.D.C For Western District Of Texas
    (b) Docket number of criminal case: Case # EP-10-CR-2213-KC-3
    (c) Date of sentencing:
    ☐ Being held on an immigration charge
    ☐ Other (explain):

Page 2 of 10

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: _____

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: **U.S Court of Appeals for the Fifth Circuit**

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: **636 F.APPX 204**

   (4) Result: **Conviction Affirmed**

   (5) Date of result: **1/8/2016**

   (6) Issues raised: **#1. Conviction on count #5 Conspiracy to commit murder in a foreign country under 18 U.S.C 956. Evidence was insufficient to establish 2 elements of the offense for conviction**

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes           ☐ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes           ☐ No

   (a) If "Yes," provide:

      (1) Name of the authority, agency, or court: _____

      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes  ☐ No

If "Yes," provide:

(1) Name of court: U.S Dist Court for Western District of texas
(2) Case number: EP-22-CV-80 KC
(3) Date of filing: 2/25/2022
(4) Result: Denied
(5) Date of result: 3/17/2022
(6) Issues raised: (1) Lack of Exclusive Legislation pursuant to Article 1 Sec 8 CL 17 of The U.S constitution. (2) Violation of 5th Amendment Procedural Due Process of law, Lack of Subject matter Jurisdiction.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☑ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: These Claims are based on a Supreme Court decision that is retroactively applicable to cases on collateral review, And establishes (that i was convicted of a nonexistent offense. And (2) My claims were foreclosed by existing circuit Precedent had i raised it Vat trial, or on direct Appeal, or in a Prior 2255 Petition. See 28 U.S.C 2255(e) savings Clause which allows me to file Under 28 U.S.C V2241

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☐ No

If "Yes," provide:

(1) Date of filing: _____

(2) Case number: _____

(3) Result: _____

(4) Date of result: _____

(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes     ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Date of filing: _____

(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
_____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____
_____
_____
_____
_____

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Void Judgement convictions based on a non-existing offense. On Counts 6, 7, and 8. Relating to Count #5 18 U.S.C 956 (a)(1) Conspiracy to kill person in a foreign country. No longer qualifies as a crime of violence under 924 (c) or (J) Nor does a RICO conspiracy 18 U.S.C 1962 (d)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The U.S Supreme Court ruled in Davis that the residual clause of 18 U.S.C 924(c) was void for vagueness. Count 6, 7 and 8 rest upon a charge of conspiracy under 18 U.S.C 956(a)(1) a nonexisting offense after Davis. Warranting vacature of counts 6, 7, and 8.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Constructive Amendment of the indictment at trial. In violation of the 5th Amendment. Based on the indictment and jury instructions. Intermingling elements of seperate offenses under 18 U.S.C 924(c) in a single count.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Trial Court constructively amended the indictment. On count's 6, 7, and 8. When the elements 18 U.S.C seperate offenses under, crimes of violence, And Drug trafficking crimes. Were combined in the 3 counts. And a special unanimity instruction wasen't given. So it uncertain upon which theory the verdict rests. The crime of violence or Drug trafficking. One being invalidated by the Davis decision.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Violation of procedural and substantive Due process of law. Divested the trial court of subject matter jurisdiction. Which violated movants 5th and 6 Amendment rights to a fair and impartial trial. And resulted in a void judgement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The trial court violated movant's procedural & substantive Due Process. When he was indicted and arraigned on several counts under 18 U.S.C 924(c),3(J) based on a nonexisting offense of conspiracy to kill foriegn nationals. This Due process violation occured before a trial of condemnation. And divested the court of it's subject matter jurisdiction. And resulted in a void judgement & conviction on all counts.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes    ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: (1) Petitioner will ask the Court to vacate Counts 6, 7 & 8 with prejudice, And vacate the entire judgement and sentences of convictions on all Counts. And grant movant a new trial, once the trial Court reestablishes subject matter jurisdiction.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

12-13-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-13-22

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Arturo Gallegos E.
Reg. No. 86139-080
U.S.P. Florence High
P.O. Box 7000
Florence, Co. 81226

Green Form Attached
LEGAL MAIL

7022 2410 0001 4497 2469

Office of the Clerk
US District Court (WDT)
525 Magoffin Avenue, Room
El Paso Tx. 79901